```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF ILLINOIS
                        EASTERN DIVISION
```

CHRISTOPHER HICKS,              )
                                )
         Plaintiff,             )
                                )
    v.                          )    No. 13 C 989
                                )
JANE DOE and JOHN DOE, et al.,  )
                                )
         Defendants.            )

## MEMORANDUM ORDER

Counsel for plaintiff Christopher Hicks ("Hicks") have now filed an April 30 supplement to their original statement bearing on the potential limitations problem that almost jumped off the printed page in this 42 U.S.C. §1983 action that has been brought by Hicks' some three decades after the asserted child abuse to which he was subjected. This action is set for a next status hearing on May 21, but in preparation for that hearing defense counsel are ordered to file on or before May 17 (with a courtesy copy contemporaneously delivered to this Court's chambers pursuant to LR 5.2(f)) a statement citing (without argument) caselaw that, if credited, would support a bar of this action based on the statute of limitations.

_____
Milton I. Shadur
Senior United States District Judge

Date: May 8, 2013