```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF ILLINOIS
                       EASTERN DIVISION
```

CHRISTOPHER HICKS,            )
                              )
            Plaintiff,        )
                              )
    v.                        )    No. 13 C 989
                              )
BARRY CLARK, et al.,          )
                              )
            Defendants.       )

## MEMORANDUM ORDER

During this morning's motion call this Court entered and continued to 8:45 a.m. October 9, 2013 the motion filed on behalf of plaintiff Christopher Hicks for (1) appointment of a special administrator and (2) an extension of time to file an amended complaint.  this Court had then intended to mention to counsel for the parties an Illinois Supreme Court decision bearing on the issue that it had located in preparation for the initial consideration of that motion, but it neglected to do so.  This brief memorandum order is accordingly issued to draw the attention of both sides' counsel to the discussion in <u>Loman v. Freeman</u>, 229 Ill.2d 104, 121-22, 890 N.E.2d 446, 458 (2008).

                                               /s/ Milton I. Shadur
                                      _____
                                        Milton I. Shadur
                                        Senior United States District Judge

Date:  September 24, 2013